**Darren K. KEARNS, Appellant,**

v.

**NEW YORK COMMUNITY BANK, et al., Respondents.**

**No. WD 76467.**

Missouri Court of Appeals,
Western District.

Sept. 16, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 2014.

Application for Transfer Denied Dec. 23, 2014.

Darren Kearns, Overland Park, KS, Appellant Acting Pro Se.

Charles Weedman, Jr., Kevin Anderson, Harrisonville, MO, for Respondents 1st American Title and New York Bank & Ricca.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Mr. Darren K. Kearns appeals the trial court's judgment dismissing a petition for damages against New York Community Bank, Mr. James Ricca, and First American Title Insurance Company.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).